UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No.  2:24-cv-1756-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 19, 20, 30) |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 1, 2025, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 30.) Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed May 1, 2025, (ECF No. 30), are ADOPTED

in full;

2. Plaintiff's motion to certify for an interlocutory appeal and for a stay pending resolution of the interlocutory appeal, (ECF No. 19), is DENIED.

3. Plaintiff's motion to alter or amend, (ECF No. 20), is DENIED.

4. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**August 15, 2025**__          _____
                                         Dena Coggins
                                         United States District Judge